**Order filed December 11, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-12-00901-CR

———————

**DANIEL SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1354971**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibits 54, 55, and 56**.**

The clerk of the 183rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 54, 55, and 56, on or before **December 23, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 54, 55 and 56, to the clerk of the 183rd District Court.

PER CURIAM